### *Henry Waterbury and another* v. *John Delafield.*

THIS was the principal suit in several actions on a policy of insurance, in which a consolidation rule had been granted.   A commission to examine had been taken out, titled in a consolidated cause ;  in the commission, the defendant joined and titled his cross interrogatories in the same manner.

*Hoffman* moved to read, in the principal cause, the evidence taken under commission, titled in that which had been consolidated.   The court, after some words by *Pendleton*, in opposition, granted the motion, with costs to abide the event of the suit.